MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, UNITED STATES POSTMASTER GENERAL, et al.,<br><br>   Defendants. | No. C 10-2517 SBA<br><br>**STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

   Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference in this action, currently scheduled for December 16, 2010, at 3:00 p.m., will be continued to February 3, 2011, at 3:00 p.m., or as soon thereafter as the parties may be heard. The parties request and have stipulated to this continuance because the defendants' answer(s) are not due until January 24, 2011, and the parties agree that the initial case management conference should be continued until after the defendants' answer(s) or Rule 12

//

//

//

//

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-2517 SBA

1  motion(s) have been filed with the Court.

2

3

4  DATED: December 13, 2010          By:        /s/
                                     JESSE J. BOYKIN
5                                    Plaintiff *In Pro Per*

6

7                                    MELINDA HAAG
                                     United States Attorney
8

9
   DATED: December 13, 2010          By:        /s/
10                                   NEILL T. TSENG
                                     Assistant United States Attorney
11                                   Attorneys for Defendants

12
                                **ORDER**
13
   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the case management
14
   conference scheduled for December 16, 2010 is CONTINUED to **April 7, 2011 at 3:45 p.m.**
15
   The parties shall meet and confer prior to the conference and shall prepare a joint Case
16
   Management Conference Statement which shall be filed no later than ten (10) days prior to the
17
   Case Management Conference that complies with the Standing Order for All Judges of the
18
   Northern District of California and the Standing Order of this Court.  Plaintiff shall be
19
   responsible for filing the statement as well as for arranging the conference call.  All parties shall
20
   be on the line and shall call (510) 637-3559 at the above indicated date and time.
21

22        IT IS SO ORDERED.

23

24 DATED:12/14/10                    _____*Saundra B Armstrong*_____
                                     HONORABLE SAUNDRA BROWN ARMSTRONG
25                                   UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-2517 SBA