Jesse J. Boykin
204 Tuscany Place
Sonoma, CA 95476
Telephone: (707) 416-7724

Plaintiff In pro per

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendants

FILED
FEB - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, UNITED STATES POSTMASTER GENERAL, et al.,<br><br>    Defendants. | No. C 10-2517 SBA<br><br>**STIPULATION RE PROPER DEFENDANT; [PROPOSED] ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate that Patrick Donahoe, Postmaster General, is substituted as defendant for John E. Potter, former Postmaster General. Mr. Potter retired as Postmaster General effective December 3, 2010, and Mr. Donahoe was appointed as the 73rd Postmaster General of the United States effective December 3, 2010. Accordingly, pursuant to 42 U.S.C. § 2000e-16(c), Mr. Donahoe should be substituted as the proper defendant.

STIPULATION RE PROPER DEFENDANT; [PROPOSED] ORDER
C 10-2517 SBA

The parties also stipulate that defendants Anthony Caravelli and Jose Arana are dismissed with prejudice. Pursuant to 42 U.S.C. § 2000e-16(c), the only proper defendant in this action is the Postmaster General, Mr. Donahoe.

DATED: January ___, 2011          By: _____
                                      JESSE J. BOYKIN
                                      Plaintiff *In Pro Per*


                                      MELINDA HAAG
                                      United States Attorney

DATED: January ___, 2011          By: _____
                                      NEILL T. TSENG
                                      Assistant United States Attorney
                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: 2-2-11                     _____
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE