1  Jesse J. Boykin
   204 Tuscany Place
2  Sonoma, CA 95476
   Telephone: (707) 416-7724
3
   Plaintiff In pro per
4
   MELINDA HAAG (CSBN 132612)
5  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
6  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
7  Assistant United States Attorney

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
9     Telephone: (415) 436-7155
      FAX: (415) 436-6927
10    neill.tseng@usdoj.gov

11 Attorneys for Defendant
   PATRICK DONAHOE
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16
   JESSE J. BOYKIN,                    )   No. C 10-2517 SBA
17                                     )
          Plaintiff,                   )   **STIPULATION TO EXTEND**
18                                     )   **MEDIATION DEADLINE;  ORDER**
      v.                               )
19                                     )
   PATRICK DONAHOE, UNITED STATES      )
20 POSTMASTER GENERAL,                 )
                                       )
21        Defendant.                   )
                                       )
22 _____     )

23     Subject to the approval of the Court, the parties hereby stipulate that the deadline for

24 mediation in this action, which is currently June 28, 2011, will be extended to July 28, 2011.

25 The parties request and have stipulated to this extension at the request of the ADR Case

26 Administrator because the appointment of the mediator has been vacated (Doc. #35) and the

27 parties are waiting for the ADR Unit to appoint another mediator.  This is the first request to

28 //

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 10-2517 SBA

extend the mediation deadline.

DATED: 5/27/11          By:      /s/
                                 JESSE J. BOYKIN
                                 Plaintiff *In Pro Per*


                                 MELINDA HAAG
                                 United States Attorney


DATED: 5/31/11          By:      /s/
                                 NEILL T. TSENG
                                 Assistant United States Attorney
                                 Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:6/7/11                     _Saundra B Armstrong_
                                 HONORABLE SAUNDRA BROWN ARMSTRONG
                                 UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 10-2517 SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

        Plaintiff,

 v.

POTTER et al,

        Defendant.
                                      /

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
204 Tuscany Place
Sonoma, CA 95476

Dated: June 13, 2011

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 10-2517 SBA