1  Jesse J. Boykin
   204 Tuscany Place
2  Sonoma, CA 95476
   Telephone: (707) 416-7724
3
   Plaintiff In pro per
4
   MELINDA HAAG (CSBN 132612)
5  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
6  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
7  Assistant United States Attorney

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
9     Telephone: (415) 436-7155
      FAX: (415) 436-6927
10    neill.tseng@usdoj.gov

11 Attorneys for Defendant
   PATRICK DONAHOE
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

16
   JESSE J. BOYKIN,                  )   No. C 10-2517 SBA
17                                   )
        Plaintiff,                   )
18                                   )   **STIPULATION AND ORDER FOR**
        v.                           )   **SHORTENED TIME ON**
19                                   )   **DEFENDANT'S MOTION FOR LEAVE**
   PATRICK DONAHOE, United States    )   **TO FILE FIRST AMENDED ANSWER**
20 Postmaster General,               )
                                     )
21      Defendant.                   )
                                     )
22 _____  )

23      Subject to the approval of this Court, and pursuant to Civil L.R. 6-2(a), the parties hereby

24 stipulate to shorten the time for hearing on Defendant's Motion for Leave to File First Amended

25 Answer (the "Motion"). The Motion is noticed for hearing on December 13, 2011, which was

26 the earliest available hearing date for civil cases ending with an odd number, according to Judge

27 Armstrong's scheduling information on the USDC website. That is after the last date for hearing

28

STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME ON DEFENDANT'S MOTION FOR
LEAVE TO FILE FIRST AMENDED ANSWER
C 10-2517 SBA

motions in this case, November 8, 2011, and is two weeks before pretrial preparation is due on December 27, 2011.  (Doc. #32.)

Fact discovery in this case ends on September 7, 2011.  Id.  Defendant anticipates filing a motion for summary judgment as soon as possible after the close of fact discovery.  Based on the current hearing date of December 13, 2011, defendant would not have a ruling on the Motion by the time it files its motion for summary judgment, nor would plaintiff have a ruling on the Motion by the time his opposition memo was due.  Therefore, it could be inefficient for the parties and the Court because the summary judgment papers could include unnecessary discussion of the affirmative defenses at issue in the Motion.  Additionally, the current hearing date of December 13, 2011, could complicate the parties' pretrial preparation due two weeks later, on December 27, 2011, because the parties would not know before the hearing whether defendant would be permitted to amend its answer and, accordingly, what affirmative defenses could be asserted at trial.

Accordingly, the parties stipulate to have the Motion heard on shortened time.  The parties stipulate and request that the hearing date for the Motion be set for **September 13, 2011, at 1:00 p.m.**  That hearing date would benefit the parties and the Court by being early enough so that the parties could have a ruling before defendant files its motion for summary judgment and plaintiff files his opposition thereto, and therefore the parties would know what arguments to include or not include for the Court's consideration.  It would also benefit the parties' pretrial preparation by allowing for an earlier determination of what affirmative defenses could be asserted at trial.

There have been no previous time modifications in this case of any of the dates set in the Order for Pretrial Preparation (Doc. #32).  There were previous time modifications for the initial case management conference and the mediation deadline as follows:

* On plaintiff's motion (and before a summons had been issued for defendant), the Court on October 4, 2010, continued the date of the initial case management conference.  (Doc. #13.)

STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME ON DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER
C 10-2517 SBA                               2

*      Pursuant to the parties' stipulation, the Court on December 13, 2010, continued the date of the initial case management conference.  (Doc. #15.)

*      Pursuant to the parties' stipulation, the Court on May 31, 2011, extended the mediation deadline.  (Doc. #38.)

By this stipulation and request to change the hearing date for the Motion, the parties do not request to, and do not anticipate that this requested time modification would, change any deadline set forth in the Court's Order for Pretrial Preparation (Doc. #32).  The parties believe that the requested time modification would enable the parties to proceed more efficiently under the schedule set for this case in Doc. #32.

**IT IS SO STIPULATED.**


DATED: _____          By:   _____
                                      JESSE J. BOYKIN
                                      Plaintiff *In Pro Per*



                                      MELINDA HAAG
                                      United States Attorney


DATED: _____          By:   _____
                                      NEILL T. TSENG
                                      Assistant United States Attorney
                                      Attorneys for Defendant

**IT IS HEREBY ORDERED THAT** the parties' stipulation to shorten time is GRANTED as modified: The hearing on Defendant's motion to amend its answer is scheduled to be heard on September 20, 2011 at 1:00 p.m.  Plaintiff's opposition or statement of non-opposition shall be filed by no later than August 22, 2011, and Defendant's reply, if any, shall be filed by no later than August 29, 2011.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

1   IT IS SO ORDERED.

2

3   DATED:      8/11/11                    _____
                                           *Saundra B Armstrong*
4                                          HONORABLE SAUNDRA BROWN ARMSTRONG
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME ON DEFENDANT'S MOTION FOR
LEAVE TO FILE FIRST AMENDED ANSWER
C 10-2517 SBA                              4

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

        Plaintiff,

  v.

POTTER ET AL et al,

        Defendant.
_____/

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: August 11, 2011

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk

STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME ON DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER
C 10-2517 SBA                        5