Jesse J. Boykin
745 Jackson St
Fairfield, CA 94533-5715
Telephone: (707) 416-7724

Plaintiff In pro per

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JESSE J. BOYKIN, | ) | No. C 10-2517 SBA |
|    Plaintiff, | ) ) ) | **STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SEX DISCRIMINATION CLAIM; ORDER** |
| v. | ) ) | |
| PATRICK DONAHOE, United States Postmaster General, | ) ) ) | |
|    Defendant. | ) ) ) | |

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SEX DISCRIMINATION CLAIM;
[PROPOSED] ORDER
C 10-2517 SBA

Subject to the approval of the Court, the parties hereby stipulate to dismiss with prejudice plaintiff's sex discrimination claim (see Compl. ¶ 5c).

DATED: _____   By: _____
JESSE J. BOYKIN
Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: _____   By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   8/22/11   _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

        Plaintiff,

v.

POTTER ET AL et al,

        Defendant.

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: August 23, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SEX DISCRIMINATION CLAIM;
[PROPOSED] ORDER
C 10-2517 SBA         3