UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PATRICK DONAHOE, United States Postmaster General,<br><br>　　　　Defendant. | Case No:  C 10-2517 SBA<br><br>**ORDER**<br><br>Docket 51 |

　　　The parties are presently before the Court on Defendant Patrick Donahoe's ("Defendant") Motion for Leave to File First Amended Answer.  Dkt. 51.  On August 11, 2011, the Court issued an Order requiring Plaintiff Jesse J. Boykin ("Plaintiff") to file an opposition or statement of non-opposition by no later than August 22, 2011.  Dkt. 54. Under this Court's Standings Orders, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion."  Dkt. 8 at 2 ¶8.  Notwithstanding the requirements of this Court's August 11, 2011 Order and the Court's warnings in its Standing Orders, Plaintiff has filed nothing in response to the pending motion.  Accordingly,

　　　IT IS HEREBY ORDERED THAT Defendant's Motion for Leave to File First Amended Answer is GRANTED.  Within seven (7) days of this Order, Defendant shall file his First Amended Answer.  This Order terminates Docket 51.

　　　IT IS SO ORDERED.

Dated:  September 14, 2011

　　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

       Plaintiff,

v.

POTTER ET AL et al,

       Defendant.
_____/

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: September 14, 2011

                                    Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk