UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PATRICK DONAHOE, United States Postmaster General,<br><br>　　　　Defendant. | Case No: C 10-2517 SBA<br><br>**ORDER**<br><br>Docket 70 |

　　　The parties are presently before the Court on Defendant's motion to shorten time for its motion for summary judgment to be heard by the motion cut-off date of November 8, 2011 established in the Court's Order for Pretrial Preparation, Dkt. 32. Because the motion may assist in the resolution of this matter, IT IS HEREBY ORDERED THAT Defendant's motion for summary judgment will be heard on November 15, 2011. In order to avoid prejudice to Plaintiff, Plaintiff's opposition of no more than twenty-five (25) pages shall be filed by no later than October 24, 2011. Defendant's reply of no more than fifteen (15) pages shall be filed by no later than October 31, 2011. All other dates in the Court's Pretrial Scheduling Order, Dkt. 32, shall remain in effect. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

　　　IT IS SO ORDERED.

Dated: October 6, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

       Plaintiff,

  v.

POTTER ET AL et al,

       Defendant.
                                         /

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: October 6, 2011

                                       Richard W. Wieking, Clerk

                                               By: LISA R CLARK, Deputy Clerk