UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSIE BOYKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK DONAHOE, United States Postmaster General,<br><br>    Defendant. | Case No: C 10-2517 SBA<br><br>**ORDER CONTINUING MOTION HEARING** |

The hearing on Defendant's Motion for Summary Judgment (Dkt. 64) scheduled for November 15, 2011 is CONTINUED to December 6, 2011 at 1:00 p.m. The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: November 8, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

       Plaintiff,

  v.

POTTER ET AL et al,

       Defendant.
_____/

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: November 8, 2011

                                              Richard W. Wieking, Clerk

                                                  By: LISA R CLARK, Deputy Clerk