UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PATRICK DONAHOE, United States Postmaster General,<br><br>　　　　Defendant. | Case No: C 10-2517 SBA<br><br>**ORDER VACATING MOTION HEARING**<br><br>Dkt. 64 |

Plaintiff, acting pro se, filed the instant employment discrimination action against the Postmaster General on June 8, 2010. Defendant has filed a motion for summary judgment, which is scheduled for hearing on December 6, 2011. Plaintiff has filed an opposition to the motion and the Defendant has filed a reply thereto. The Court, in its discretion, finds this matter suitable for resolution without oral argument. Fed. R. Civ. P. 78(b); N.D. Cal. Civ. L.R. 7-1(b).  Accordingly,

IT IS HEREBY ORDERED THAT the hearing on Defendant's motion for summary judgment scheduled for December 6, 2011 is VACATED. The Court will resolve the motion in a separate order.

IT IS SO ORDERED.

Dated: November 30, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

        Plaintiff,

  v.

POTTER ET AL et al,

        Defendant.
_____/

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: November 30, 2011
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk