Jesse J. Boykin
745 Jackson St
Fairfield, CA 94533-5715
Telephone: (707) 416-7724

Plaintiff In pro per

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE J. BOYKIN, | No. C 10-2517 SBA |
|     Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; ORDER** |
| v. | |
| PATRICK DONAHOE, United States Postmaster General, | |
|     Defendant. | |

    Subject to the approval of the Court, the parties hereby stipulate to continue all pretrial deadlines, including the pretrial conference, by six weeks as set forth below, and to vacate the trial date, to be reset by the Court if necessary.

    The parties believe good cause exists for this stipulation and proposed order as follows: Defendant filed a motion for summary judgment (Doc. #64) on October 3, 2011. On defendant's

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA

1. *ex parte* motion for shortened time, the Court set the motion for hearing on November 15, 2011.
2. (Doc. #73.) The Court subsequently continued the motion hearing to December 6, 2011. (Doc.
3. #77.) On November 30, 2011, the Court vacated the motion hearing and stated that it would
4. resolve the motion in a separate order. (Doc. #78.) Pretrial preparation such as the joint pretrial
5. statement, trial briefs, jury instructions, exhibits, etc., is currently due on December 27, 2011.
6. (Doc. #32.) Motions in Limine and Objections to Evidence are currently due on January 3,
7. 2012. Id. The pretrial conference is currently set for January 24, 2012, and jury trial is currently
8. set to begin on January 30, 2012. Id.
9.     The parties believe that, given the extensive pretrial preparation that is due in less than two
10. weeks, it would be more efficient for the parties to wait for the Court's ruling on defendant's
11. motion for summary judgment, because depending on how the Court rules, the entire complaint,
12. or certain of plaintiff's claims, may be disposed of on summary judgment or partial summary
13. judgment. If summary judgment is granted, then the parties can avoid unnecessarily expending
14. enormous time and resources on pretrial preparation by awaiting that decision. If partial
15. summary judgment is granted, the parties will benefit from awaiting that decision by receiving
16. guidance on what issues remain for trial to be addressed in their pretrial papers, and will not
17. expend unnecessary time and resources, or unnecessarily consume the Court's time and
18. resources, by filling the pretrial papers with claims and defenses which may be disposed of on
19. partial summary judgment.
20.     The parties believe there is further good cause given that the pretrial preparation and motions
21. in limine are currently due right after Christmas and the New Year. The *pro se* plaintiff is a
22. letter carrier and the holiday season is the busiest time of the year for the Postal Service. If the
23. requested continuance is granted, the parties and counsel will also have more time to spend with
24. their families during the holiday season.
25.     The requested continued pretrial deadlines are as follows:
26.     Pretrial Preparation (described in Doc. #32 ¶ 5) due: 2/7/12
27.     Motions in Limine and Objections to Evidence due: 2/14/12
28.     Responses to Motions in Limine or Objections to Evidence due: 2/21/12

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA     2

Replies to Motions in Limine or Objections to Evidence due: 2/28/12

Pretrial Conference: 3/6/12

Trial Date: Vacated, to be reset by the Court if necessary

DATED: _____   By: _____
JESSE J. BOYKIN
Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: _____   By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   12/15/11   _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOYKIN et al,

        Plaintiff,

  v.

POTTER ET AL et al,

        Defendant.

Case Number: CV10-02517 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse J. Boykin
745 Jackson Street
Fairfield, CA 94533-5715

Dated: December 20, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk