1  Jesse J. Boykin
   745 Jackson St
2  Fairfield, CA 94533-5715
   Telephone: (707) 416-7724
3
   Plaintiff In pro per
4

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
      450 Golden Gate Avenue, Box 36055
9     San Francisco, California 94102-3495
      Telephone: (415) 436-7155
10    FAX: (415) 436-6927
      neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 PATRICK DONAHOE

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                          OAKLAND DIVISION
16

17 JESSE J. BOYKIN,                    )   No. C 10-2517 SBA
                                        )
18        Plaintiff,                    )   **STIPULATION TO CONTINUE**
                                        )   **PRETRIAL DEADLINES AND**
19    v.                                )   **VACATE TRIAL DATE; ORDER**
                                        )
20 PATRICK DONAHOE, United States       )
   Postmaster General,                  )
21                                      )
          Defendant.                    )
22                                      )
                                        )
23 _____     )

24     Subject to the approval of the Court, the parties hereby stipulate to continue all pretrial

25 deadlines, including the pretrial conference, by six weeks as set forth below, and to vacate the

26 trial date, to be reset by the Court if necessary.

27     The parties believe good cause exists for this stipulation and proposed order as follows:

28 Defendant filed a motion for summary judgment (Doc. #64) on October 3, 2011.  On defendant's

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA

1  *ex parte* motion for shortened time, the Court set the motion for hearing on November 15, 2011.

2  (Doc. #73.)  The Court subsequently continued the motion hearing to December 6, 2011.  (Doc.

3  #77.)  On November 30, 2011, the Court vacated the motion hearing and stated that it would

4  resolve the motion in a separate order.  (Doc. #78.)  Pretrial preparation such as the joint pretrial

5  statement, trial briefs, jury instructions, exhibits, etc., is currently due on December 27, 2011.

6  (Doc. #32.)  Motions in Limine and Objections to Evidence are currently due on January 3,

7  2012.  Id.  The pretrial conference is currently set for January 24, 2012, and jury trial is currently

8  set to begin on January 30, 2012.  Id.

9      The parties believe that, given the extensive pretrial preparation that is due in less than two

10  weeks, it would be more efficient for the parties to wait for the Court's ruling on defendant's

11  motion for summary judgment, because depending on how the Court rules, the entire complaint,

12  or certain of plaintiff's claims, may be disposed of on summary judgment or partial summary

13  judgment.  If summary judgment is granted, then the parties can avoid unnecessarily expending

14  enormous time and resources on pretrial preparation by awaiting that decision.  If partial

15  summary judgment is granted, the parties will benefit from awaiting that decision by receiving

16  guidance on what issues remain for trial to be addressed in their pretrial papers, and will not

17  expend unnecessary time and resources, or unnecessarily consume the Court's time and

18  resources, by filling the pretrial papers with claims and defenses which may be disposed of on

19  partial summary judgment.

20      The parties believe there is further good cause given that the pretrial preparation and motions

21  in limine are currently due right after Christmas and the New Year.  The *pro se* plaintiff is a

22  letter carrier and the holiday season is the busiest time of the year for the Postal Service.  If the

23  requested continuance is granted, the parties and counsel will also have more time to spend with

24  their families during the holiday season.

25      The requested continued pretrial deadlines are as follows:

26      Pretrial Preparation (described in Doc. #32 ¶ 5) due: 2/7/12

27      Motions in Limine and Objections to Evidence due: 2/14/12

28      Responses to Motions in Limine or Objections to Evidence due: 2/21/12

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA                                    2

1    Replies to Motions in Limine or Objections to Evidence due: 2/28/12

2    Pretrial Conference: 3/6/12

3    Trial Date: Vacated, to be reset by the Court if necessary

4

5

6    DATED: _____          By:   _____

7                                           JESSE J. BOYKIN
                                            Plaintiff In Pro Per

8
                                            MELINDA HAAG
9                                           United States Attorney

10

11   DATED: _____          By:   _____

12                                          NEILL T. TSENG
                                            Assistant United States Attorney
                                            Attorneys for Defendants

13

14   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

15

16

17
     DATED:      12/15/11              _____

18                                     HONORABLE SAUNDRA BROWN ARMSTRONG
                                       UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA                              3

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  BOYKIN et al,
                                        Case Number: CV10-02517 SBA
               Plaintiff,
5                                       **CERTIFICATE OF SERVICE**

6      v.

   POTTER ET AL et al,
7
               Defendant.
8  _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11 That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
12 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
   delivery receptacle located in the Clerk's office.

13

14

15 Jesse J. Boykin
   745 Jackson Street
16 Fairfield,  CA 94533-5715

17
   Dated: December 20, 2011
18                                        Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE PRETRIAL DEADLINES AND VACATE TRIAL DATE; [PROPOSED] ORDER
C 10-2517 SBA                              4